GERALD LEE NORRIS
Name
1301 KS. HWY. 264
LARNED, KS. 67550-
Address

FILED
NOV - 5 2009
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Gerald Lee Norris, Plaintiff
(Full Name)

v.

Austin DesLauriers. Defendant(s)

Social Rehabilitation Service

CASE NO. 09-3241-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) GERALD LEE NORRIS, is a citizen of KANSAS
   (Plaintiff)                                (State)
   who presently resides at LARNED STATE HOSPITAL-SEXUAL PREDITOR UNIT-
                                                    (Mailing address or place
   1301 KS. HWY. 264 - LARNED, KS. 67550.
   of confinement)

2) Defendant AUSTIN DesLauriers is a citizen of
              (Name of first defendant)
   Larned, Kansas, and is employed as
   (City, State)
   Clinical Director of S.P.T.P.. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under the color of
   state law?   Yes ☒   No ☐   If your answer is "Yes", briefly explain:
   Defendant is the Clinical Director of the Sexual
   Preditor Treatment Program. He has the final say as to
   what goes on here.

XE-2 8/82                     CIVIL RIGHTS COMPLAINT §1983

3)  Defendant _____ is a citizen of
    (Name of second defendant)
    _____, and is employed as
    (City, state)
    _____. At the time the claim(s)
    (Position and title, if any)
    alleged in this complaint arose was this defendant acting under the color of state law?   Yes [ ]   No [ ]. If your answer is "Yes", briefly explain:

    _____

    _____

    (Use the back of this page to furnish the above information for additional defendants.)

                                                               51343(3); 42

4)  Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

    _____

    _____

## B. NATURE OF THE CASE

1)  Briefly state the background of your case.

    October 30, 2000 the Veterans Hospital scheduled me for surgery on my back but never told me about it. The disc in L-5 is completely degenerated according to my December 7, 1999 MRI. I found out about it when I obtained my medical records from Kansas City, Mo. V.A. in 2002. Now that I am here at Larned State Hospital it is their responsibility now. I have been here 2 years now. I have given the doctor here copies of my V.A. medical records. However, she keeps telling me that there is nothing wrong with me, that I am faking my spinal injuries. My records will confirm Spina Bifida in S-1 and Spondylolisthesis in L-5. I also have Cervical Nerve damage and Peripheral Neuropathy in the lower extremities. For pain I am only getting Tylanol, which does no good. While on the streets the V.A. was giving me Tylanol 3 with Codine for pain and in December 1999 they were going to put me on Tylanol 4 with Codine. I am in constant pain. Most mornings I need help getting out of bed because I have poor circulation and my arms and legs go to sleep on me. Most staff here refuse to assist me when I need it.

    I ware a neck brace and wrist and arm braces. I have had the arm braces since 1999 and I need new ones but cannot get them. The neck brace is about 7 years old, foam rubber, filthy and coming apart but cannot get it replaced either. I am in a wheel chair that is in very bad condution. Because of the pain I have in my arms and legs I should have an electric chair. Most staff will not help me even when I ask for it.

-2-

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: According to Patient Bill of Rights I'm being denied the right to be seen and treated by my own doctors, the V.A. Since I'm no longer under control of D.O.C., I have this right. I have been denied this core + medical treatment for the last 2 years.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Last meeting I had with Austin DesLauriers was 10-9-09. He says that no one here in the SPTP Unit can go to the VA for any medical treatment, for any reason. As Clinical Director he has the ultimate authority.

The V.A. say, If I am taken there they will see me. I have been here since September 26, 2007 and still not received any treatment for my spinal injuries I have.

B)(1) Count II: _____

_____

_____

(2) Supporting Facts:

C) (1) Count III: _____

_____

_____

(2)  Supporting Facts:

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit_____

f) Approximate date of disposition_____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part ☒ Yes ☐ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Seen the doctor here several time but she insists that there is nothing wrong with me. Refuses to acknowledge my V.A. medical records.
Talked to Austin DesLauriers, Clinical Director 3 or 4 times and he says the law says I cannot go to the V.A., even though Patient Bill of Rights say I can. He tells me those of us in SPTP are exempt from this right. I am a resident here, NOT a patient or Inmate. This program is NOT part of Department of Corrections. It is S.R.S. I have had service Connected disibility since 1966. This one with my back injury since 2002

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: To be taken to the Veterans Administration Hospital for my care & treatment of my service connected disibilities, for getting my prostisies replaced and any and all other medical care and treatment the V.A. deem necessary.

_____  *Gerald L. Norris*
Signature of Attorney (if any)   Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _Larned State Hospital_, on _October 10_, 20_09_.
       (Location)                              (Date)

_Gerald L. Norris_
(Signature)